

FILED

DEC 20 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY KNOX,<br><br>                Plaintiff,<br><br>v.<br><br>MICAH BENNETT; U.S. CUSTOMS AND BORDER PATROL,<br><br>                Defendants. | Case No.: 3:17-cv-02494-BEN-WVG<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On December 12, 2017, Plaintiff Peggy Knox filed a civil complaint, an application to proceed *in forma pauperis* ("IFP"), and a request for appointment of counsel. (Docket Nos. 1-3.) For the reasons set forth below, Plaintiff's IFP application is **DENIED** and the Complaint is **DISMISSED without prejudice.**

All parties instituting any civil action in a district court must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).

Under 28 U.S.C. § 1915(a)(1),

> any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.

| | |
|---|---|
| 1 | Plaintiff's receives approximately $900.00 per month in disability benefits. |
| 2 | (Docket No. 2 at ¶ 1.)  She pays rent, utilities, food, and other monthly expenses |
| 3 | amounting to approximately $791.00 per month. (*Id.* at ¶ 8.) The information provided |
| 4 | in her affidavit does not reflect an inability to pay the fee to pursue the action. Therefore, |
| 5 | Plaintiff's IFP application and request for appointment of counsel are **DENIED**, and the |
| 6 | Complaint is **DISMISSED without prejudice**. |

**IT IS SO ORDERED.**

DATED: December 9, 2017

HON. ROGER T. BENITEZ
United States District Judge